UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
JUN 2 1 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  4:23CR329-MTS/JMB |
| JORDAN PERRY, | ) ) ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 22, 2023, in the City of St. Louis, within the Eastern District of Missouri,

**JORDAN PERRY,**

the Defendant herein, did knowingly escape from Dismas House of St. Louis, a facility to which he was lawfully confined by the direction of the Attorney General of the United States by virtue of a judgment and commitment of the United States District Court for the Eastern District of Missouri upon the felony conviction in Cause No. 4:19 CR-00774-1 ERW, for the offense of Felon in Possession of a Firearm.

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
NICHOLAS H. LAKE #71049 (MO)
Assistant United States Attorney